IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID D. EBBEN,

    Plaintiff,

v.

SERGEANT WORTH.

    Defendant.

ORDER

Case No. 25-cv-246-wmc

DAVID D. EBBEN,

    Plaintiff,

v.

KEN LOBENSTEIN, et al.

    Defendants.

ORDER

Case No. 25-cv-247-wmc

On March 31, 2025, I entered orders assessing plaintiff David D. Ebben initial partial payments of $0.58 for filing each of these cases. Dkt. 4. Now plaintiff has filed a letter in each case, which I construe as a motion to waive the initial partial payments. Dkt. 5. After re-evaluating plaintiff's inmate account statement and the information plaintiff provided in his motions, it appears that plaintiff presently has no means with which to pay the filing fees or to make the initial partial payments. Under these circumstances, the court will grant plaintiff's motions for leave to proceed without prepayment of the filing fee and will not assess initial partial payments. Even if this court ultimately determines that plaintiff's complaints cannot go forward, plaintiff is advised that the full $350 filing fee for each case for indigent litigants remains his obligation. *See* 28 U.S.C. § 1915(b)(2).

ORDER

IT IS ORDERED that the motions filed by plaintiff David D. Ebben to waive the initial partial filing fees are GRANTED.

Entered this 18th day of April, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge